UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TRUE NORTH MAINE INC, et al. )<br>)<br>v.                                                     )<br>)<br>LIBERTY MUTUAL INSURANCE   )<br>COMPANY                                  ) | CIVIL NO. 1:18-cv-00333-LEW |

## ORDER

All further action in the above matter having been stayed since January 28, 2020 per ECF Order No. 31, and there appearing to be no further reason at this time to maintain the file as an open case for statistical purposes, this case shall now be administratively closed.

Nothing contained in this Order shall be considered a dismissal or disposition of this matter and, should further proceedings in it become necessary or desirable, any party may initiate them in the same manner as if this Order had not been entered.

SO ORDERED.

Dated: April 30, 2021

/s/ Lance E. Walker
U.S. District Judge